■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEO P. MARCUS, Appellant.—Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that defendant's attorney provided meaningful representation *(see, People v Baldi,* 54 NY2d 137). Further, the sentence imposed was not harsh and excessive *(see, People v Farrar,* 52 NY2d 302, 305-306). (Appeal from judgment of Onondaga County Court, Mulroy, J.—assault, first degree.) Present—Dillon, P. J., Doerr, Lawton, Davis and Lowery, JJ.